UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ACCUTANE (ISOTRETINOIN)
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Maulhardt v. Hoffmann-La Roche, Inc., et al., <br> N.D. California, C.A. No. 4:12–05789 | ) <br> ) | MDL No. 1626 |

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Maulhardt)* on November 16, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-55" filed on November 16, 2012, is LIFTED. The action is transferred to the Middle District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James S. Moody, Jr.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

I certify the foregoing to be a true and correct copy of the original.
SHERYL L LOESCH, Clerk
United States District Court
Middle District of Florida.
BY _____
Deputy Clerk